UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE, | Case No. 24-cv-03367-EKL |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

On October 15, 2024, the parties filed a Joint Notice of Settlement, informing the Court that a stipulation for dismissal would be filed within 45 days and requesting that all deadlines and hearings be vacated. ECF No. 37. The Court granted the parties' request and ordered the parties to file a request for dismissal or a status report no later than December 2, 2024. ECF No. 38. As of the date of this Order, the parties have failed to do so. The parties are hereby ORDERED TO SHOW CAUSE, in writing and no later than December 19, 2024, why the case should not be dismissed without prejudice for failure to follow court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 5, 2024

Eumi K. Lee
United States District Judge