# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE** dba **SAN JOSE NEUROSPINE**, a California Corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>**THE BOEING COMPANY, BLUECROSS BLUESHIELD OF ILLINOIS, and DOES 1 - 3,**<br><br>　　　　　　Defendants. | Case No.: 5:24-cv-03367-EKL(SvK)<br>ASSIGNED FOR ALL PURPOSES TO HONORABLE EUMI K. LEE<br><br>[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE |

　　The Court, having considered the accompanying Stipulation, and Request for Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE. Each party to bear its own attorney's fees, costs, and expenses.

　　IT IS SO ORDERED.

DATED: December 23, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. EUMI K. LEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE